1  BRIAN CRONE, State Bar No. 191731
   ERICK C. TURNER, State Bar No. 236186
2  BERRY & BLOCK LLP
   2150 River Plaza Drive, Suite 415
3  Sacramento, CA  95833
   (916) 564-2000
4  (916) 564-2024 FAX

5  Attorneys for Plaintiff
   BIOINITIATIVES, INC.
6

7  HOWARD HOLDERNESS, State Bar No. 169814
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA   94105-1126
9  (415)442-1000
   (415)442-1001 FAX
10
   Attorneys for Plaintiff
11 DEPUY SPINE HOLDING CORPORATION, as it is General Partner of
   DEPUY SPINE SALES LIMITED PARTNERSHIP
12

13 JAMES MCNAIRY, State Bar No. 230903
   SEYFARTH SHAW LLP
14 400 Capitol Mall, Suite 2350
   Sacramento, CA   95814-4428
15  (916) 448-0159
    (916) 558-4839 FAX
16
   Attorneys for Defendant
17 STRYKER SPINE

18
                    **THE UNITED STATES DISTRICT COURT**
19
   **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
20

21 BIOINITIATIVES, INC., a California      ) Case No. 2:11-CV-01779-KJM-GGH
   Corporation, DEPUY SPINE SALES          )
22 LIMITED PARTNERSHIP, a Massachusetts    )
   Limited Partnership,                    ) **NOTICE OF REQUEST TO VACATE**
23                                         ) **STATUS CONFERENCE**
         Plaintiffs,                       )
24                                         )
   v.                                      )
25                                         )
   STRYKER SPINE, a division of HowMedica  )
26 Osteonics Corp., a New Jersey corporation, )
   and DOES 1 through 20, inclusive,       )
27                                         )
         Defendants.                       )
28 _____ )

                                       1
                **NOTICE OF REQUEST TO VACATE STATUS CONFERENCE**

The parties have come to a mutually agreed settlement of this matter.  The settlement terms have been reduced to writing and the parties are in the process of executing a full settlement and release agreement.  Accordingly, the parties respectfully request that the Court take the Status Conference set for February 2, 2012 at 1:30 p.m. in this matter off calendar.

DATED:  February 3, 2012          BERRY & BLOCK LLP

By  /s/ *Brian Crone, Esq.*
    BRIAN CRONE
    ERICK C. TURNER
    Attorneys for Plaintiff Bioinitiaves

DATED:  February 3, 2012          MORGAN, LEWIS & BOCKIUS LLP

By  /s/ *Howard Holderness, Esq.*
    HOWARD HOLDERNESS
    Attorneys for Plaintiff DePuy

DATED:  February 3, 2012          SEYFARTH SHAW LLP

By  /s/ *James D. McNairy, Esq.*
    JAMES D. McNAIRY
    Attorneys for Defendant STRYKER
    SPINE

IT IS SO ORDERED that the Status Conference in this matter set for February 2, 2012 at 1:30 p.m. is vacated.

Dated: February 2, 2012           /s/ Gregory G. Hollows
_____
Honorable Gregory G. Hollows
U.S. Magistrate Judge

**NOTICE OF REQUEST TO VACATE STATUS CONFERENCE**