BRIAN CRONE, State Bar No. 191731
ERICK C. TURNER, State Bar No. 236186
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Plaintiff
BIOINITIATIVES, INC.


HOWARD HOLDERNESS, State Bar No. 169814
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415)442-1000
(415)442-1001 FAX

Attorneys for Plaintiff
DEPUY SPINE HOLDING CORPORATION, as it is General Partner of
DEPUY SPINE SALES LIMITED PARTNERSHIP


JAMES MCNAIRY, State Bar No. 230903
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
 (916) 448-0159
 (916) 558-4839 FAX

Attorneys for Defendant
STRYKER SPINE

# THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BIOINITIATIVES, INC., a California Corporation, DEPUY SPINE SALES LIMITED PARTNERSHIP, a Massachusetts Limited Partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>STRYKER SPINE, a division of HowMedica Osteonics Corp., a New Jersey corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-01779-KJM-GGH<br><br>**NOTICE OF REQUEST TO VACATE STATUS CONFERENCE** |

1 | The parties have come to a mutually agreed settlement of this matter.  The settlement terms have been reduced to writing and the parties are in the process of executing a full settlement and release agreement.  Accordingly, the parties respectfully request that the Court take the Status Conference set for February 2, 2012 at 1:30 p.m. in this matter off calendar.

DATED:  February 3, 2012            BERRY & BLOCK LLP


By  /s/ *Brian Crone, Esq.*
    BRIAN CRONE
    ERICK C. TURNER
    Attorneys for Plaintiff Bioinitiaves


DATED:  February 3, 2012            MORGAN, LEWIS & BOCKIUS LLP


By  /s/ *Howard Holderness, Esq.*
    HOWARD HOLDERNESS
    Attorneys for Plaintiff DePuy


DATED:  February 3, 2012            SEYFARTH SHAW LLP


By  /s/ *James D. McNairy, Esq.*
    JAMES D. McNAIRY
    Attorneys for Defendant STRYKER
    SPINE


IT IS SO ORDERED that the Status Conference in this matter set for February 2, 2012 at 1:30 p.m. is vacated.


Dated: February 2, 2012              /s/ Gregory G. Hollows
                                     _____
                                     Honorable Gregory G. Hollows
                                     U.S. Magistrate Judge

**NOTICE OF REQUEST TO VACATE STATUS CONFERENCE**